# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-1770

_____

Kevin L. Olson

*Plaintiff - Appellant*

v.

Social Security Administration, Nancy A. Berryhill, Acting Commissioner;
Department of Treasury, Steven T. Mnuchin, Secretary of the Treasury

*Defendant*s

United States of America

*Defendant-Appellee*

_____

Appeal from United States District Court
for the District of North Dakota - Fargo

_____

Submitted: December 19, 2017
Filed: December 28, 2017
[Unpublished]

_____

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Kevin Olson challenges the district court's[1] dismissal of his complaint challenging the constitutionality of provisions of the Patient Protection and Affordable Care Act, the Federal Insurance Contributions Act, and the Self-Employment Contributions Act.

After careful review, we affirm for the reasons stated by the district court. See Butler v. Bank of Am., N.A., 690 F.3d 959, 961 (8th Cir. 2012) (de novo review of dismissal of complaint for failure to state claim). The judgment is affirmed. See 8th Cir. R. 47B. Appellee's motions to strike are granted, and Olson's motion to take judicial notice is denied.

———————————————

[1]The Honorable Ralph R. Erickson, then United States District Judge for the District of North Dakota, now United States Circuit Judge; adopting the report and recommendations of the Honorable Alice R. Senechal, United States Magistrate Judge for the District of North Dakota.